**Order entered October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00924-CV

### IN THE INTEREST OF D.M. AND A.M., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-20402**

## ORDER

We **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, by **OCTOBER 27, 2014**, a supplemental clerk's record containing the following two documents:

1.      Motion for New Trial filed on August 15, 2014; and

2.      Order in Suit to Modify Parent-Child Relationship signed on October 15, 2014.

The reporter's record is past due. In a post-card notice dated September 16, 2014, we instructed Donna Kindle, Official Court Reporter for the 303rd Judicial District Court of Dallas County, Texas, to file the reporter's record by October 16, 2014. As of today's date, the reporter's record has not been filed. Accordingly, we **ORDER** Donna Kindle to file, by **NOVEMBER 3, 2014**, either: (1) the reporter's record; (2) written verification that appellant has not requested the record, or (3) written verification that appellant has not paid or made arrangements to pay for the record. *We caution appellant that if the Court receives written*

*verification of no request or no payment, the Court may order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Dennise Garcia, Judge of the 303rd Judicial District Court, Donna Kindle, appellant, and counsel for appellee.

/s/    ELIZABETH LANG-MIERS
           JUSTICE